UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-22951

FIRST WORLD FINANCIAL CORP.,

    Plaintiffs,
vs.

THE HANOVER INSURANCE COMPANY,

    Defendant.
_____

## NOTICE OF REMOVAL OF A CIVIL ACTION

COMES NOW, The Hanover Insurance Company (hereinafter "Hanover"), by and through counsel, with a full reservation of all rights, defenses, and objections, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of removal of the civil action captioned *First World Financial Corp. vs. Hanover Insurance Company (The)* from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division, and respectfully states that the grounds of removal are as follows:

1. On or about June 3, 2019, Plaintiff, First World Financial Corporation ("Plaintiff"), commenced this civil action by filing suit against Hanover in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where said action is now pending under Case Number 2019-013123-CA-01, and is captioned *First World Financial Corp. vs. Hanover Insurance Company (The)*.

2. On June 21, 2019, Plaintiff served Hanover through the Chief Financial Officer of the State of Florida with the Summons and Complaint.

3. On June 24, 2019, the Chief Financial Officer of the State of Florida forwarded, via electronic delivery, a copy of the Notice of Service of Process, Summons, and Complaint, to Hanover. A copy of the Notices of Service of Process, Summons, and Complaint are attached hereto as composite **Exhibit "A."**

4. Thus, thirty (30) days have not elapsed since Hanover first received Plaintiff's Complaint through service of process or otherwise, and removal is timely under 28 U.S.C. §§ 1441 and 1446.

5. Venue is proper in this Court because the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is a state judicial circuit within the Southern District of Florida pursuant to 28 U.S.C. § 89(c).

6. Plaintiff avers that it is "a Florida corporation qualified to do business in Florida and has, at all times material hereto, been conducting business in Miami-Dade County, Florida." *See* **Exhibit "A**,**"** Complaint ¶ 2. Accordingly, Plaintiff is a citizen of the State of Florida.

7. Defendant, Hanover, is a foreign corporation organized under the laws of the State of New Hampshire, with its principal place of business in Worcester, Massachusetts.

8. In the underlying Complaint, Plaintiff asserts counts for breach of contract and for declaratory judgment with respect to coverage of a loss under an insurance policy issued by Hanover. Plaintiff alleges that on or about March 15, 2017, "while the Policy was in full force and effect," the property located at 9751 NW 41st Street, Doral, FL 33178, "sustained a covered loss as a result of A/C leak." *Id*. at ¶¶ 8-9. Plaintiff alleges that Hanover breached the Policy because "[Hanover] informed the insured that it was denying coverage for the loss on the basis that it was not covered by the Policy" despite the fact that "after diligent inspection of the Loss, it was obvious that the Property sustained damage which [Hanover] agreed to provide coverage

for under the terms of the Policy." *Id*. at ¶ 11.  Plaintiff further alleges that it "has suffered and continues to suffer damages" as a result of Hanover's alleged breaches and seeks attorney's fees pursuant to Fla. Stat. § 627.428.  *Id*. at ¶¶ 12-13.  Plaintiff further seeks costs in connection with its count for declaratory relief pursuant to Fla. Stat. § 86.081.  *See id*. at ¶ 27.

9. Based on the allegations of Plaintiff's Complaint, and upon information and belief concerning the alleged loss, the amount in controversy, including contractual damages and statutory attorney's fees, exclusive of interest and costs, exceeds the sum of $75,000.00.

10. Thus, Plaintiff's lawsuit is a civil action brought in a state court over which this United State District Court would have original jurisdiction under 28 U.S.C. § 1332, because the parties to this case are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and may be removed to this Court pursuant to 28 U.S.C. § 1441.

11. Attached hereto collectively as **Exhibit "A"** are copies of all process, pleadings, and orders served upon Hanover, pursuant to 28 U.S.C. §1446(a).

12. Plaintiff demanded a trial by jury in its state court Complaint.

13. In connection with the filing and service of this Notice of Removal, Hanover will file with the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, and serve upon opposing counsel, its Notice of Filing Notice of Removal, Certification of Notice of Removal, and Notice to Counsel of Removal of a Civil Action.

WHEREFORE, The Hanover Insurance Company prays that this Notice of Removal be accepted as good and sufficient, and that the aforesaid action, captioned *First World Financial Corp. vs. Hanover Insurance Company (The)*, Case No. 2019-013123-CA-01, on the docket of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida*,* be

removed to the United States District Court for the Southern District of Florida, and that this Honorable Court assume full and complete jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which The Hanover Insurance Company is entitled.

Dated this 17th day of July, 2019.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Jeffrey A. Clayman*
      Jeffrey A. Clayman
      Florida Bar No.: 52017
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: jeffrey.clayman@phelps.com

ATTORNEYS FOR DEFENDANT THE
HANOVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal of a Civil Action was served by E-mail on July 17, 2019, on all counsel of record on the Service List below:

/s/ *Jeffrey A. Clayman*

## SERVICE LIST

Anthony M. Lopez, Esq.
Annette Del Aguila, Esq.
Mellaw7@mellawyers.com
Eservice @mellawyers.com
MARIN ELJAIEK LOPEZ & MARTINEZ, P.L.
2601 S. Bayshore Dr., 18th Floor
Coconut Grove, FL 33133
Telephone: (305) 444-5969
Facsimile: (305) 444-1939
*Counsel for Plaintiff, First World Financial Corporation*