UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22951-CIV-KING

FIRST WORLD FINANCIAL
CORPORATION,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FILE PRE-TRIAL STIPULATION**

THE HANOVER INSURANCE
COMPANY,

    Defendant.

_____/

This action came on before the court *sua sponte*. It appearing that the pre-trial stipulation was not filed as required in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal on the civil cover sheet (JS44) in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the L.R. FLA 3.9. Therefore, the Pretrial Conference currently scheduled for April 2, 2021; and the Trial currently scheduled for June 21, 2021 are hereby canceled.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building,

Miami, Florida, this 29th day of March, 2021.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
*Counsel for Plaintiff*
**Annette Adelle Del Aguila**
**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive 18th Floor
Coconut Grove, FL 33133
Phone No.: 1-888-570-5677
Fax: 1-888-745-5677
mailto:Eservice@yourinsuranceattorney.com

**Anthony Manuel Lopez**
Marin, Eljaiek, Lopez & Martinez, P.L.
2601 S Bayshore Drive
18th Floor
Miami, FL 33133
305-444-5969
Fax: 305-444-1939
Email: aml@MELlawyers.com

*Counsel for Defendant*
**Jeffrey A Clayman**
Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130
(504) 566-1311
Fax: (504) 568-9130
Email: jeffrey.clayman@phelps.com